OPINION — AG — **** WATER DISTRICTS NOT POLITICAL SUBDIVISION OF THE STATE **** THE MURRAY COUNTY WATER DISTRICT NO. 3 AND THE BUCKHORN WATER DISTRICT ARE NOT POLITICAL SUBDIVISIONS OF THE STATE OF OKLAHOMA; HOWEVER, THEY ARE "DISTRICTS" AND ARE THEREFORE, "LOCAL GOVERNMENT" AS THAT TERM IS USED IN THE NATURAL DISASTER RELIEF ACT OF 1950. CITE: 82 O.S. 1970 Supp., 1301 [82-1301], 82 O.S. 1970 Supp., 1306 [82-1306] (MARVIN C. EMERSON) ** SEE: OPINION NO. 87-015